# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 07-6684 PA (JTLx) | Date | July 11, 2008 |
|---|---|---|---|
| Title | Valor Commc'n, Inc. v. Aslam Ajani, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Rosa Morales | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

|  Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:**          **Order to Show Cause Re Dismissal For Lack Of Prosecution**

Generally, defendants must answer the complaint within 20 days after service.  Fed. R. Civ. P. 12(a)(1).

In the present case, it appears that this time period has not been met.  The Court has received no response from defendants United Telecomm, Coaster Holding Inc., and WW Coaster Holding Inc. Accordingly, the Court, on its own motion, orders plaintiff to show cause in writing on or before **July 25, 2008** why this action should not be dismissed for lack of prosecution.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument.  The Order to Show Cause will stand submitted upon the filing of plaintiff's response.

IT IS SO ORDERED.